UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RHONDA EVERSON,

    Plaintiff,

  v.

CITY OF SANTA ROSA, et al.,

    Defendants.

Case No. 14-cv-03449-TEH

**ORDER DISMISSING CASE WITHOUT PREJUDICE**

Plaintiff Rhonda Everson filed this action, along with a motion for a temporary restraining order and application to proceed in forma pauperis ("IFP application"), on July 30, 2014. She notified the Court later that same day that her motion for a temporary restraining order had become moot, and she formally withdrew that motion on August 12.

The Court found Plaintiff's IFP application to be incomplete and denied it without prejudice on August 5. She submitted a timely renewed IFP application on August 12, which the Court denied without prejudice the following day, concluding that "Plaintiff has failed to provide facts with sufficient particularity, definiteness and certainty to support her claimed poverty." Aug. 13, 2014 Order at 1. The Court allowed Plaintiff until August 20 to pay the filing fee or submit a third IFP application and ordered that failure to do so would result in dismissal of this case without prejudice.

Plaintiff has neither filed a third IFP application nor paid the filing fee. Accordingly, IT IS HEREBY ORDERED that this case is dismissed without prejudice, and the Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: 08/21/14

_____
THELTON E. HENDERSON
United States District Judge